FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8073

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jesus Alberto CORONEL-Valenzuela | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 25, 2008, within the Southern District of California, defendant Jesus Alberto CORONEL-Valenzuela did knowingly and intentionally import approximately 23.88 kilograms (52.53 lbs) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA

2  v.

3  Jesus Alberto CORONEL-Valenzuela

4

5  STATEMENT OF FACTS

6  This Statement of Facts is based on the reports, documents, and notes
7  furnished to U. S. Immigration and Customs Enforcement Special Agent L. Swanson.

8  On January 25, 2008 at approximately 1104 hours, Jesus Alberto CORONEL-
9  Valenzuela entered the United States at the Calexico, California, West Port of Entry.
10 CORONEL was the sole occupant driver and registered owner of a 2007 Honda
11 Accord.

12 During the pre-primary inspection Customs and Border Protection (CBP) K-9
13 Officer S. Barela received an alert from his Narcotics Detection Dog (NDD) near the
14 driver's rear tire area. CORONEL and the vehicle were referred to the secondary lot for
15 closer examination.

16 In the vehicle secondary lot, CBP Officer J. Aguilar discovered 20 packages
17 inside gas tank of the vehicle. One of the packages was probed and a sample of a
18 white powdery substance was obtained, which field tested positive for cocaine. The 20
19 packages had a combined net weight of approximately 23.88 kilograms (52.53 lbs).

20

21

22

23

24

25

26

27

28

29

US v Jesus Alberto Coronel-Valenzuela

Executed on 01/25/2008 at 2055 hrs.

*James Swanson*

Lance Swanson, Special Agent
U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 25th of January 2008, in violation of Title 21 United States Code, Section(s) 952 & 960.

_____ Date 1-26-08 @ 3:22 pm

United States Magistrate Judge