1 | JOHN F. KELLY
    Attorney at Law #163883
2 | 406 Ninth Avenue, Suite 303
    San Diego, California 92101
3 | 619-231-3097
    JFKLaw@cs.com
4
5 | Attorney for JESUS CORONEL-VALENZUELA

**FILED**

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ EF _____ DEPUTY

6            UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8  | UNITED STATES OF AMERICA,        )  Case No. 08MJ8073
9  |                  Plaintiff,      )  08CR0496-L
   |                                  )  SUBSTITUTION OF ATTORNEY
10 |                                  )
11 |        v.                        )
   |                                  )
12 | JESUS CORONEL-VALENZUELA,        )
   |                                  )
13 |                  Defendant.      )
14 | _____  )

15    Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter
16 as his counsel of record in place of: ___Alex L. Landon___.

17
18 Dated: 2/14/08                    x _____
                                       Jesus Coronel-Valenzuela
19                                     Defendant

20
21 Dated: 2/14/08                      _____
                                       John F. Kelly
22                                     Attorney for Defendant

23 I consent to the above substitution:
24
25 Dated: 2-18-08                      _____
                                       Alex L. Landon
26                                     Attorney at Law
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>JESUS CORONEL-VALENZUELA,<br><br>Defendant. | Case No. 08MJ8073<br><br>ORDER |

**IT IS HEREBY ORDERED** that John F. Kelly be substituted as attorney of record in this matter.

Dated:

_____
United States Magistrate Judge