FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0496-L |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of *(Felony) Cocaine |
| JESUS ALBERTO CORONEL-VALENZUELA, | |
| Defendant. | |

The United States Attorney charges:

On or about January 25, 2008, within the Southern District of California, defendant JESUS ALBERTO CORONEL-VALENZUELA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.88 kilograms (52.53 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:Imperial
2/20/08