1  JOHN F. KELLY
   Attorney at Law #163883
2  444 West C Street, Suite 330
   San Diego, California 92101
3  Telephone: (619) 231-3097
   *JFKLaw@cs.com*
4
   Attorney for Defendant JESUS CORONEL-VALENZUELA
5

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8                  (HON. M. JAMES LORENZ)

9
   UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR0496-L
10                                  )
                  Plaintiff,        )    JOINT MOTION TO CONTINUE
11                                  )    SENTENCING HEARING
         v.                         )
12                                  )    DATE : June 16, 2008
   JESUS CORONEL-VALENZUELA,        )    TIME : 8:30 a.m.
13                                  )
                  Defendant.        )
14  _____)

15       The defendant, Jesus Coronel-Valenzuela, through his counsel, John F. Kelly, and the United

16  States of America, by its' counsel, Karen P. Hewitt, United States Attorney, and Fred Shepard, Assistant

17  United States Attorney, and hereby jointly move this court to continue the sentencing hearing currently

18  scheduled for June 9, 2008, at 8:30 a.m. until June 16, 2008 at 8:30 a.m.

19

20       Dated: June 4, 2008

21                                          s/John F. Kelly
                                            JOHN F. KELLY
22                                          Attorney for Defendant

23

24       Dated: June 4, 2008

25                                          s/Fred Shepard
                                            Fred Shepard
26                                          Assistant United States Attorney

27

28