1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0496-L |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JESUS CORONEL-AGUILAR, | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

*IT IS HEREBY ORDERED* that the sentencing in this matter be continued until June 16, 2008 at 8:30 a..m.

IT IS SO ORDERED.

DATED:  June 5, 2008

_____
M. James Lorenz
United States District Court Judge